UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF KENTUCKY

| | |
|---|---|
| VALENCIA COX ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | NO. 3:20-CV-00178-DJH |
| V. ) | |
| COMMONWEALTH OF KENTUCKY, ) | |
| ET AL. ) | |
| **Defendants** ) | |

FILED
VANESSA L. ARMSTRONG
SEP 14 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## **RESPONSE TO MOTION TO DISMISS FROM COMMONWEALTH OF KENTUCKY**

Comes now the plaintiff, Valencia Cox, pro se, in response to the motion filed by counsel on behalf of the defendant COMMONWEALTH OF KENTUCKY. Plaintiff filed short and concise claims in her complaint per rules of the court. Counsel for the Defendant is asserting that the APA doesn't establish procedures governing administrative procedure. Counsel for Defendant also claims APA doesn't apply to the court at all. It appears that Counsel for Defendant is claiming that there isn't an administrative procedure in place that obligates Defendants to answer to claims made against them. Plaintiff didn't make an APA claim in her complaint because the violation of APA had yet to occur. It was subsequent to the complaint. Counsel for the Defendant can rest assured that **any and all** claims will be explained, re-voiced, re-articulated, proven, and substantiated beyond a reasonable doubt during the Jury trial for these claims. Counsel for Defendant is claiming that the COMMONWEALTH OF KENTUCKY is barred from any suit in law or equity in federal or state court. Counsel has yet to state whether his client is the actual physical, tangible, land of Kentucky, or is it a non-physical, non-tangible, corporate entity. In either claim by counsel, it doesn't bar it from being held liable when it breaks the law. It appears that Counsel for the Defendant COMMONWEALTH OF KENTUCKY is doing everything but answering to the claims made against his client as required by rule.

Counsel for Defendant COMMONWEALTH OF KENTUCKY failed to answer to claim(s) made by Plaintiff. This is a violation of administrative remedy provided by The Administrative Procedures Act. Counsel for the Defendant

CERTIFIED MAIL 7019 2280 0000 1889 0179
DOMESTIC RETURN RECEIPT 9590 9402 5875 0038 4793 58

COMMONWEALTH OF KENTUCKY is causing unreasonable delay. Counsel for Defendant COMMONWEALTH OF KENTUCKY is in violation of Federal rule 8 (a)(b) by failing to state defense to each claim asserted against defendant, and by failing to admit or deny each claim made against defendant by an opposing party. These violations cause an unreasonable delay in administrative remedy and cannot be reversed. By violation administrative procedure and failing to answer to the claim(s) made by the Plaintiff, the defendant in this matter is barred from future attempts to motion the court for dismissal based upon **Federal rule 12(b)(6)** failure to state a claim upon which relief can be granted. These violations bring the Plaintiff to respectfully move this court to deny the Defendants motion to dismiss pursuant to violations of Administrative Procedure, and violations of **Federal rule 8(a)(b)**. Furthermore, Counsel for Defendant has failed to assert what capacity his Defendant identifies and operates as, so an assertion of being immune from suit can't apply if the capacity of COMMONWEALTH OF KENTUCKY is unclear. These facts brings the Plaintiff to respectfully move this court to deny the Defendants motion to dismiss.

Respectfully Submitted,

*Valencia Cox*

Valencia Cox
All Rights Reserved
In care of [4621] Outer Loop Suite 246
Louisville, Kentucky Republic [40219]
Non-Domestic/ Non-Assumpsit

CERTIFIED MAIL 7019 2280 0000 1889 0179
DOMESTIC RETURN RECEIPT 9590 9402 5875 0038 4793 58

## **CERTIFICATE OF SERVICE**

This is to Certify that the undersigned sent a copy of the foregoing via certified mail to the following on September 9, 2020.

Charles A. English
Counsel for Defendant
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601

CERTIFIED MAIL 7019 2280 0000 1889 0179
DOMESTIC RETURN RECEIPT 9590 9402 5875 0038 4793 58

Valencia C...
c/o 4621 ...
Louisville Kentucky Republic [40217]

CERTIFIED MAIL®

7019 2280 0000 1889 0179





1000    40202



FILED
VANESSA L. ARMSTRONG
SEP 14 2020
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

United States District Court
601 West Broadway
Louisville, KY 40202